AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF Rhode Island

UNITED STATES OF AMERICA

V.

Jose Hilario

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:08-mj-00065

I, Jose Hilario, charged in a (complaint) (petition) pending in this District with possession of child pornography JMH in violation of Title 18, U.S.C., § 2252(a)(4), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Jose M. Hilario
Defendant

4/28/08
Date

[signature] Esq. R.I. Bar # 6353
Counsel for Defendant