**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** * CR 08 46 ML
* **CR No.**
*
**v.** * **In violation of**
* **18 U.S.C. §2252(a)(4)**
* **(Possession of Child**
**JOSE HILARIO** * **Pornography)**

**INDICTMENT**

FILED
MAY 14 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

The Grand Jury charges:

COUNT 1

1. From in or about September 2007 to on or about April 4, 2008, the exact dates being unknown to the Grand Jury, in the District of Rhode Island, the defendant did knowingly possess one or more matters which contained a visual depiction of sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been transported in interstate and foreign commerce and which was produced using materials which had been transported in interstate

and foreign commerce.

All in violation of 18 U.S.C. §2252(a)(4).

REDACTED

DATED: May 14, 2008

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

LUIS M. MATOS
First Assistant U.S. Attorney

TERRENCE P. DONNELLY
Assistant U.S. Attorney