**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | CR No. 08-46ML |
| | * | |
| JOSE HILARIO | * | |

**GOVERNMENT'S CONDITIONAL MOTION TO DISMISS**

Now comes the United States, by its attorneys, and moves conditionally to dismiss the above matter. The government's motion to dismiss is conditioned on this Court accepting the defendant's plea of guilty in CR No. 08-79ML. The United States submits the following reasons for this Court to grant the Motion:

1. After being charged by complaint, the defendant was indicted in this case, being charged by the grand jury with simple possession of child pornography, in violation of 18 U.S.C. §2252(a)(4).

2. The government surmised early in the case that more serious charges would probably be warranted given the nature of the evidence, but before such charges could be sought, the government needed to await the conclusion of the FBI's examination of the defendant's computer and external hard drive. This examination required several months, at one point necessitating the filing of a Joint Motion to Extend Time to File Motions. All along, the parties were engaged in plea negotiations.

3. After obtaining the results of the FBI's

examination, the government informed the defendant that it would be seeking a superseding indictment which would add more serious charges to the existing indictment. Thereafter, the parties reached a plea agreement, concurring that, in lieu of the government seeking a superseding indictment, the defendant would waive that indictment, and consent to the filing of a superseding information, to which he would plead guilty. The executed information and plea agreement were duly filed, but the clerk's office assigned a new number to the superseding information, CR No. 08-79ML. On September 10, 2008, the defendant appeared before Martin, M.J., and waived indictment in the new case (CR 08-079ML). Count 2 of that information incorporates the charge found in the indictment in this case.

4. Therefore, the charge in this case has been effectively superseded, and should be dismissed upon the defendant fulfilling his promise to plead guilty to the superseding information.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U. S. Attorney
R.I. Bar No. 3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903 Tel
(401) 709-5000
Fax (401) 709-5001
terrence.donnelly@usdoj.gov

Dated: September 12, 2008